UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD MAX STRAHAN, )
)
Plaintiff )    **Civil Action No.**
)
)
v. )
)    January 20, 2004
HARVARD LAW SCHOOL, *et al.* )
)
Defendants )

04 - 10119 RGS

RECEIPT #
AMOUNT $ IFP
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 1-20-04

---

## APPLICATION FOR A TEMPORARY RESTRAINING ORDER
## AND MOTION FOR A PRELIMINARY INJUNCTION

MAGISTRATE JUDGE Colling

---

Richard Max Strahan moves the Court for a temporary restraining order and then a

preliminary injunction to enjoin the Defendants from threatening Strahan with arrest for trespass

or otherwise interfere with his equal access to the Federal Depository Library Collection at the

Federal Depository Library in the Langdell Library at Harvard Law School during its rgular

business hours.

For the above reasons, Strahan asks the Court to grant the requested relief..

BY:

Richard Max Strahan
National Campaign Director
GreenWorld

*Pro Se and Proud!*