UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Richard Max Strahan,
                    Plaintiff,

v.                                          Civil Action No. 04-10119-RGS

Harvard Law School, et al.,
                    Defendants.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☐    GRANTED.

☒    DENIED for the following reason(s):

Plaintiff failed to submit a completed application to proceed without prepayment of fees and affidavit. Plaintiff is instructed to submit a completed application to proceed without prepayment of fees (both sides completed) within 35 days, or this case will be dismissed without prejudice. It is FURTHER ORDERED that the clerk shall provide plaintiff with an application to proceed without prepayment of fees.

☐    The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. §§ 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits.

☐    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

1-21-04                                    /s/ Richard G. Stearns
DATE                                       UNITED STATES DISTRICT JUDGE