UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD MAX STRAHAN,                )
        Plaintiff,              )
                       )
        v.                    )   CIVIL ACTION NO.
                       )    04-10119-RGS
                       )
HARVARD LAW SCHOOL,                 )
et al.,                             )
        Defendants.             )

### MEMORANDUM AND ORDER

On January 21, 2004, this Court denied plaintiff's application to proceed without prepayment of fees. Because that order appears to have been issued in error, the Court will rescind that motion pursuant to Federal Rule of Civil Procedure 60(a).

Accordingly, this Court orders that the Order On Application to Proceed Without Prepayment of Fees, dated January 21, 2004 is VACATED as issued in error.

SO ORDERED.

Dated at Boston, Massachusetts, this 22d day of January, 2004

_____
UNITED STATES DISTRICT JUDGE