United States District Court
for the District of Massachusetts

Richard Max Strahan
Plaintiff

v.

Harvard Law School et al.

04-10119-RGS

22 August 2005

## Plaintiff's Motion to Terminate Proceedings

Plaintiff - Richard Max Strahan - moves the Court to terminate the proceeding since it's 17 March 2005 denial of Strahan's Request to serve the Summons on Defendants late prevents Strahan from further prosecuting his claims against the Defendants. Strahan has a Right to Appeal the 17 March 2005 denial and cannot without the case terminated. Strahan wants the case terminated ASAP.

By
Richard Max Strahan

Allowed.
R.G. Stearns DJ 8-23-05.